# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **JOHN JAMES GALADA** | § | **PLAINTIFF** |
| | § | |
| v. | § | **CIVIL ACTION NO. 1:07CV937-LG-JMR** |
| | § | |
| **DIANNE GATSON-RILEY, et al.** | § | **DEFENDANTS** |

## JUDGMENT

This matter having come on to be heard on the Report and Recommendations [174] entered by Chief United States Magistrate Judge John M. Roper, the Court, after a full review and consideration of the Report and Recommendations, the pleadings on file, and the relevant legal authority, finds that in accord with the Order entered herewith,

**IT IS ORDERED AND ADJUDGED** that Report and Recommendations [174] entered by Chief United States Magistrate Judge John M. Roper, be, and the same hereby is, adopted as the finding of this Court. This case is hereby **DISMISSED**.

**SO ORDERED AND ADJUDGED** this the 4th day of August, 2010.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE